1  CATHERINE M. CORFEE, SBN 155064
   CORFEE STONE & ASSOCIATES
2  5441 FAIR OAKS BLVD., SUITE B-1
   CARMICHAEL, CA 95608
3  TELEPHONE:   (916) 487-5441
   FACSIMILE:   (916) 487-5440
4
   ATTORNEYS FOR N. BRUCE ASHWILL AND
5  BARBARA E. ASHWILL, EACH INDIVIDUALLY
   AND EACH AS TRUSTEES OF THE N. BRUCE ASHWILL
6   AND BARBARA E. ASHWILL LIVING TRUST

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | SCOTT N. JOHNSON | ) | Case No.: 02:06-CV-00699-LKK-KJM |
   | --- | --- | --- |
12 | Plaintiff, | ) | **FURTHER REQUEST FOR EXTENSION TO FILE DISPOSITIONAL DOCUMENTS AND ORDER THEREON** |
13 | v. | ) | |
14 | N. BRUCE ASHWILL AND BARBARA E. ASHWILL, EACH INDIVIDUALLY AND EACH AS TRUSTEES OF THE N. BRUCE ASHWILL AND BARBARA E. ASHWILL LIVING TRUST; AND DOES 1-10 INCLUSIVE. | ) | |
18 | Defendants. | ) | |

19       TO THE COURT AND ALL PARTIES:

20       The parties in this matter have settled this case. The documents are not yet finalized. On

21 June 22, 2006 Defendant filed a request for an extension to file dispositional documents in this

22 matter as the parties were trying to come to an agreement as to the terms of the settlement

23 agreement. Defendant respectfully requests a further extension of 30 days as they have been

24 informed that Mr. Johnson is in the hospital and has not had a chance to review the agreement or

25 make any changes, if necessary.

26 Dated: July 6, 2006                                CORFEE STONE & ASSOCIATES

27
                                         By:   /s/ Catherine M. Corfee
28                                             CATHERINE M. CORFEE

- 1 -

G:\DOCS\KAR\DKAR1\ORDERS\06cv699.o.0707.wpd

**Further Request for Extension to File Dispositional Documents**

1
2
3
                Attorney for Defendant N. Bruce Ashwill and Barbara E. Ashwill, each individually and each as trustees of the N. Bruce Ashwill and Barbara E. Ashwill Living Trust

4    Good cause appearing, It is hereby ORDERED that dispositional documents shall be filed

5    no later than August 7, 2006.

6    Dated:  July 7, 2006.

7

8                                  Lawrence K. Karlton
                                  Senior Judge

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -